UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

         Plaintiff,

-against-

ATLANTIC CASUALTY INSURANCE COMPANY
and ILLINOIS NATIONAL INSURANCE CO.,

         Defendants.
-------------------------------------------------------------------x

Civil Action No.

'08 CIV 4956

**LIBERTY MUTUAL FIRE'S
LOCAL CIVIL RULE 7.1
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        None.

Dated: New York, New York
       May 23, 2008

Respectfully submitted,

JAFFE & ASHER LLP

By: _____
    Marshall T. Potashner (MTP-3552)
    Nancy I. Margolin (NM-2013)
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000