United States District Court
Southern District of New York

---

Liberty Mutual Fire Insurance Company,

AFFIDAVIT OF SERVICE
Case No: 08 Civ. 4956

v.

Atlantic Casualty Insurance Company
and Illinois National Insurance Company

---

State of New York)
                 ss:
County of Albany)

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on June 9, 2008 at approximately 2:35 pm at the New York State Insurance Department located at One Commerce Plaza, 99 Washington Avenue, Albany, New York, deponent served two copies of a Summons in a Civil Action and Complaint, Electronic Case Filing Rules & Instructions dated May 28, 2008 Edition, Individual Rules of Practice of Judge Kevin Nathaniel Fox revised March 3, 2008 and Individual Practices of Judge Denny Chin in the above matter upon Atlantic Casualty Insurance Company, an unlicensed insurance company under Section 1213 of the Insurance Law by delivering to and leaving the papers with Patrick Harrigan, a white male with brown hair, approximately 36-50 years of age; height of 5'9"-6'0", weight of 161-200 lbs., being an Attorney for the State of New York State Insurance Department.

Deponent further says that she knew the said Patrick Harrigan to be an Attorney for the New York State Insurance Department. That at the time of making such service, Deponent paid New York State Insurance Department the fee prescribed by law in the amount of $40.00

*[signature]*
Mary M. Bonville

Sworn to before me this 9th day of June, 2008

*[signature]*
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010