# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

- against -

ATLANTIC CASUALTY INSURANCE COMPANY
And ILLINOIS NATIONAL INSURANCE COMPANY,

    Defendants.
-------------------------------------X

Civil Action No.: 08 CV 4956

**STIPULATION
EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for defendant ATLANTIC CASUALTY INSURANCE CO. to respond to the summons and complaint herein be, and same hereby is extended to and including the 14th day of July, 2008.

IT IS FURTHER STIPULATED AND AGREED, that defendant ATLANTIC CASUALTY INSURANCE CO. will not raise affirmative defense as to personal jurisdiction or to service of process.

Dated: Woodbury, New York
      June 20, 2008

JAFFE & ASHER, LLP

BY: _____ (MP-3752)
MARSHALL POTASHNER, ESQ.
Attorney for Plaintiff
Liberty Mutual Fire Insurance Company
600 Third Avenue, 9th Floor
New York, New York 10016
(716) 564-3288
(716) 332-1884 Facsimile

MILBER MAKRIS PLOUSADIS
& SEIDEN, L.L.P.

BY: _____ (DK-2186)
DEBRA M. KREBS, ESQ.
Attorney for Defendant
Atlantic Casualty Insurance Company
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
(516) 712-4013 Facsimile
File No: 445-5535

SO ORDERED:

_____
U.S.D.J.
    7/7/08