Jul-14-08 04:41pm From-MILBER MAKRIS PLOUSADIS&SEIDEN,LLP 12017737005 T-716 P.03/03 F-983

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

  - against -

ATLANTIC CASUALTY INSURANCE COMPANY
And ILLINOIS NATIONAL INSURANCE COMPANY,

    Defendants.
----------------------------------------X

Civil Action No.: 08 CV 4956

**STIPULATION EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for Defendant, Atlantic Casualty Insurance Co. ("Atlantic Casualty"), to respond to the summons and complaint herein be, and same hereby is extended to and including the 31st day of July, 2008.

IT IS FURTHER STIPULATED AND AGREED, that Atlantic Casualty will not raise affirmative defense as to personal jurisdiction as to service of process.

Dated: Woodbury, New York
July 11, 2008

JAFFE & ASHER, LLP

BY: _____
MARSHALL POTASHNER, ESQ
Attorney for Plaintiff
Liberty Mutual Fire Insurance Company
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000
(212) 687-9639 Facsimile

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

BY: _____
DEBRA M. KREBS, ESQ.
Attorney for Defendant
Atlantic Casualty Insurance Company
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
(516) 712-4013 Facsimile
File No: 445-5535

SO ORDERED:

_____
U.S.D.J.
7/16/08