# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

        Plaintiff,

   - against -

ATLANTIC CASUALTY INSURANCE COMPANY
and ILLINOIS NATIONAL INSURANCE COMPANY,

        Defendants.
---------------------------------------------------------------X

Civil Action No.: 08 CV 4956

**STIPULATION
OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that all claims asserted against Atlantic Casualty Insurance Company in this matter are severed and dismissed without costs to any party. The caption in this matter is hereby amended, and shall remove all reference to Atlantic Casualty Insurance Company.

Dated: July 7, 2008

JAFFE & ASHER, LLP

BY: _____
MARSHALL POTASHNER, ESQ (MP-3151)
Attorney for Plaintiff
Liberty Mutual Fire Insurance Company
600 Third Avenue, 9th Floor
New York, New York 10016
(716) 564-3288
(716) 332-1884 Facsimile

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

BY: _____
DEBRA M. KREBS, ESQ.
Attorney for Defendant
Atlantic Casualty Insurance Company
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
(516) 712-4013 Facsimile
File No: 445-5535

SO ORDERED:

_____
Hon. Denny Chin, U.S.D.J.

7/29/08