UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE : 
COMPANY,                      :     Civil Action No.: 08 CV 4956
                              :
                   Plaintiff, :
                              :
    -against-                 :
                              :
ATLANTIC CASUALTY INSURANCE   :
COMPANY and ILLINOIS NATIONAL :
INSURANCE COMPANY,            :
                              :
                  Defendants. :
                              :
------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, effective August 11, 2008, the Law Offices of Green & Lavelle, counsel in this action for the party identified below, has changed its address, telephone and fax numbers. All future correspondence should be directed to:

>   Law Offices of Green & Lavelle
>   12 Metro Tech Center – 28th Floor
>   Brooklyn, New York 11201
>   Telephone Number: 718-250-1400
>   Fax Number:       718-250-1401

*Dated:* New York, New York
August 4, 2008

_____
James C. La Forge, Esq.
JLF4259
Law Offices of Green & Lavelle
110 William Street, 18th Floor
New York, New York 10038
(212) 266-5880
*Attorneys for Defendant*
*Illinois National Insurance Company*

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

MARIA PAULUCCI, being duly sworn, deposes and says: that she is over the age of 18 years, and not a party or related to a party to this action, that she served the within *Notice of Change of Address* upon the following attorney, at the address listed below, on August 4, 2008, by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 110 William Street, New York, New York 10038, directed to said attorney at said address mentioned below, that being the address within the State designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

TO:   Marshall Potashner, Esq.
      Jaffee & Asher, LLP
      600 Third Avenue
      9th Floor
      New York, New York 10016
      *Attorneys for Plaintiff*

_____
Maria Paulucci

Sworn to before me this
4th day of August, 2008

_____
Notary Public
NYCV-00500

BARBARA GORMAN
Commissioner of Deeds
No. 2-9519
Certificate Filed in Kings County
Commission Expires Mar. 1, 20_10_