UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                Plaintiff,

   -against-

ILLINOIS NATIONAL INSURANCE CO.,

                Defendant.
-----------------------------------------------------------------x

Civil Action No.:
08 Civ. 04956 (DC)

**NOTICE OF DISMISSAL**

**M A D A M/S I R S:**

      Pursuant to Fed. R. Civ. P. 41(a)(1), whereas defendant ILLINOIS NATIONAL INSURANCE CO. ("Illinois National") has not served an answer or motion for summary judgment in the above-captioned action, plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY hereby discontinues the above-entitled action, without prejudice.

Dated: New York, New York
         August 25, 2008

Yours, etc.,

JAFFE & ASHER LLP

By: _____
     Marshall T. Potashner, Esq. (MTP-3552)
     Mpotashner@JaffeandAsher.com
Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE
COMPANY
600 Third Avenue, 9TH Floor
New York, New York 10016
(212) 687-3000

1