Aug-17-2008 22:46    From-JAFFE & ASHER         2128871073         T-270   P.002/002   F-785

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                Civil Action No.: 08 CV 4956

        Plaintiff,

-against-

                **STIPULATION**

ATLANTIC CASUALTY INSURANCE
COMPANY and ILLINOIS NATIONAL
INSURANCE COMPANY,

        Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08
```

    It is hereby stipulated and agreed by the undersigned that the time for defendant Illinois National Insurance Company to respond to the complaint is extended up to and including August 22, 2008 and that said defendant waives jurisdictional defenses based on service of process.

*New York, New York*
*August 15, 2008*

_____
Marshall T. Potashner (MP-3552)
Nancy I. Margolin (NM-2013)
Jaffe & Asher, LLP
600 Third Avenue, 9th Floor
New York, New York 10016
Tel: (212) 687-3000
*Attorneys for Plaintiff*

_____
James C. La Forge (JL-2308)
Law Offices of
Green & Lavelle
12 MetroTech Center, 28th Floor
Brooklyn, New York 11201
Tel: (718) 250-1430
*Attorneys for Defendant*
*Illinois National Insurance*
*Company*

SO ORDERED,
_____
U.S.D.J.
8/25/08